NICHOLAS MAZZU, Respondent, v. DAROJO REALTY COMPANY, INCORPORATED, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: The court erroneously allowed the jury to predicate negligence on the defendant's violation of a common-law duty (irrespective of the building ordinances) to furnish proper exits. In our opinion no such duty toward this plaintiff existed. The only basis for a finding of negligence in this case on the record before us is in the violation

of the applicable provisions of the building code or ordinance. All concur. (The judgment is for plaintiff in an action for personal injuries sustained while escaping from a fire in a rooming house. The order denies a motion for a new trial.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.